UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONATY ANTHONY DIAZ,<br><br>Petitioner,<br><br>v.<br><br>DANIEL PARAMO,<br><br>Respondent. | Case No. CV 18-4102 GW(JC)<br><br>ORDER (1) ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; (2) DENYING PETITIONER'S REQUEST TO STAY; AND (3) GRANTING RESPONDENT'S AND PETITIONER'S MOTIONS TO DISMISS WITHOUT PREJUDICE AND DIRECTING THAT JUDGMENT BE ENTERED ACCORDINGLY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the submissions in connection with Respondent's Motion to Dismiss the Petition ("Respondent's Motion") (including the request to stay contained within petitioner's Opposition), and all of the records herein, including the October 16, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's December 6, 2018 Motion to Dismiss the Petition without Prejudice ("Petitioner's Motion"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY FOUND AND ORDERED: (1) the Petition is wholly unexhausted; (2) petitioner's request to stay is denied; (3) Respondent's Motion and Petitioner's Motion are granted; (4) the Petition and this action are dismissed without prejudice; and (5) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

DATED: May 1, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE