# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONATY ANTHONY DIAZ, | Case No. CV 18-4102 GW(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| DANIEL PARAMO, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: May 1, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE